IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORP., et al.,<br><br>Defendants. | CASE NO. 11-CV-3620 WHA<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF CHARLES E. DAVIDOW *PRO HAC VICE*** |

Charles E. Davidow, whose business address and telephone number is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, District of Columbia 20006, (202) 223-7300, and who is an active member in good standing of the bars of the State of New York and the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing all Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: September 26, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE