# Exhibit 1: 2008 FX Policies



# THE BANK OF NEW YORK MELLON

FX Program for Trade Requests Processed through BNY Mellon Custody
*Available for FX business processed in U.S, including ERISA governed accounts.*

This program provides a service solution that automates the capture of most custody-related foreign exchange (FX) requirements, including those related to securities trade settlement, income conversions, corporate actions, tax reclaims, interest postings and residual balances.

## *ERISA Considerations*

- This Program is designed to provide ERISA plan accounts the ability to engage in FX transactions with The Bank of New York Mellon (BNYM) in compliance with one or more prohibited transaction exemptions.

## *Program Procedures:*

- Per instructions of fund managers and other fiduciaries (each referred to as a "manager") to BNY Mellon Asset Servicing, FX transaction requests will be transmitted to BNYM Foreign Exchange for processing. Such instructions may include standing orders to convert income items through an automated BNYM custody application. Additionally, managers may issue instructions for FX specific to purchases and sales of securities or other items.

    - Information regarding an account's income items will be available daily through BNYM custody reporting systems. [Unless BNYM hears to the contrary, BNYM will assume such data is being received or can be accessed by the manger in a timely manner].

    - If a manager's instructions to BNYM to provide FX in connection with a buy or sell transaction, corporate action, a capital call or other item are received in good order and in a timely manner, BNYM will provide the FX under these Procedures.

- The Bank of New York Mellon will publish a "Daily Schedule" of program FX rates, available prior to 9:00 a.m. eastern time at https://gm.bankofny.com/FX/ErisaRates.aspx

- Unless the manager instructs BNYM otherwise by telephone at 212-804-2170 (or any other number provided to a manager for this purpose) prior to 11:00 a.m. Eastern Time, all FX transaction requests received by the BNYM Foreign Exchange group on a given day will be executed that day with BNYM on a principal basis at rates that will not deviate by more or less than three (3) percent from the relevant Interbank bid or ask rates

and will not be less favorable to the account than the corresponding rates indicated on the Daily Schedule for that day.

## *General Provisions*

- If BNYM is, for any reason, unable to effect FX under this program as set forth above on the date of receipt of an instruction, the transaction will be processed in accordance with BNYM custody procedures.

- If a manager instructs the BNYM Foreign Exchange group in accordance with these Procedures that it does not want BNYM to effect an FX transaction in accordance with these Procedures, it will be the manager's responsibility to confirm cancellation of the relevant trade instructions, same day, including any separate instructions to the custody/trust business unit servicing the manager's relevant account. Furthermore, it will be the manager's responsibility to secure any necessary FX transaction(s) via alternative arrangements. In such an event, the manager may directly contact the BNYM foreign exchange desk.

- If a manager directs BNYM to execute FX transactions in connection with securities transactions and does not provide other specific instructions, BNYM will understand that the manager has directed BNYM to effect those transactions in accordance with these Procedures. Similarly, unless the manager specifically instructs BNYM otherwise, BNYM will understand that the manager has directed BNYM to convert income and other items on an account in accordance with these Procedures.

- BNYM may modify these Procedures upon notice from time to time. A manager's continued operation under modified Procedures will be deemed consent to any changes.

# Exhibit 2: : Interim FX Policies

# THE BANK OF NEW YORK

## FOREIGN EXCHANGE POLICIES AND PROCEDURES
## FOR ERISA PLANS

These Policies and Procedures apply to foreign exchange ("FX") transactions between The Bank of New York or any of its affiliates ("BNY") and any employee benefit plan (a "Plan") covered by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), where BNY acts as a trustee, custodian, or fiduciary for the Plan, or other party-in-interest under ERISA ("FX Transactions").

These Policies and Procedures are issued pursuant to U.S. Department of Labor Prohibited Transaction Class Exemptions 94-20 and Section 408(b)(18), which provide for exemptions certain directed FX Transactions and certain FX Transactions in respect of the purchase, holding or sale of securities or other investment assets, respectively.

Subject to the Legal Department's approval of the use of any other exemption from ERISA's prohibited transaction rules, these Policies and Procedures are the exclusive means by which BNY may enter into an FX Transaction with a Plan.

These Policies and Procedures apply to:

1. <u>Directed Transactions</u>. An FX Transaction will be considered a directed transaction where an independent Plan fiduciary that has not been appointed by BNY directs BNY to effect an FX Transaction relating to the exchange of a specific amount of currency of one nation for the currency of another nation at a specific exchange rate in connection with a transaction involving the assets of a Plan. For avoidance of doubt, directed transactions will, in addition to transactions executed through such traditional means as the telephone, include any such FX Transaction initiated and executed by a Plan fiduciary through an electronic service provided by BNY if it otherwise meets the criteria for directed FX Transactions.

2. <u>FX Transactions in connection with the Purchase, Holding or Sale of Securities or Other Investment Assets</u>. An FX Transaction (including an FX Transaction pursuant to standing instructions or a directed FX Transaction) may be effected in connection with the purchase, holding (which includes income items, corporate actions and tax events), or sale of securities or other investment assets, subject to the specific conditions provided below.

The procedures applicable to FX Transactions with a Plan are as follows:

## General Provisions

1. Directed FX Transactions must be authorized by an independent Plan fiduciary not appointed by BNY on a transaction by transaction basis.

---

2. BNY may not engage in FX Transactions in any instance when BNY has discretionary investment authority or control with respect to the investment of Plan assets, or when it renders investment advice with respect to Plan assets.

3. A list of all Plans for which BNY may provide FX services shall be available to all FX traders.

4. The terms of FX Transactions with any Plan shall not be less favorable to the Plan than terms offered by BNY to unrelated parties in a comparable arm's length FX Transaction.

5. Records sufficient to track compliance with these Policies will be maintained within the jurisdiction of the United States government for a period of at least six years from the date of the transactions and will be available for examination, on reasonable notice, to:

   a. Plan fiduciaries with authority over the assets involved in the FX Transaction, or any authorized employee or representative of the Plan;

   b. Authorized representatives of employers contributing to the Plan involved in the FX Transaction; and

   c. Authorized representatives of the Department of Labor or the Internal Revenue Service. Records to be kept shall include information provided in confirmations.

(Standing instructions will be maintained for so long as the account is active.)

**Directed Transactions**

Directed Transaction Confirmations

BNY shall issue a written confirmation for every directed FX Transaction with a Plan to the independent Plan fiduciary that directed the transaction within five business days of contract execution. Each such confirmation shall contain the following information:

a. account name;
b. transaction date;
c. settlement date;
d. exchange rate(s);
e. currencies exchanged, including:

   (i) identity of currency sold
   (ii) amount sold (or, in the case of income conversions, amount of currency received);
   (iii) identity of currency purchased
   (iv) amount of currency purchased

**Transactions in connection with the Purchase, Holding, or Sale of Securities or Other Investment Assets (including Transactions pursuant to Standing Instructions)**

---

When required by an independent Plan fiduciary, BNY provides FX transaction to benefit Plans and Plan participants (including pursuant to standing instructions) in connection with the purchase, holding, or sale of securities or other investment assets (including income item conversions, corporate actions, tax events and purchases and sales).

Additional requirements for standing instructions are as follows:

1. All standing instructions to transact such transactions must be in writing from an independent Plan fiduciary and must identify the currencies from which FX Transactions may be executed (which shall include only currencies for assets which BNY acts as custodian, including through a subcustodian). Such written instructions shall continue in force until terminated by either BNY or the fiduciary without penalty upon up to 10 days prior notice.

2. The method for determining the rates at which FX Transactions will be executed under standing instructions will be provided to Plan fiduciaries as follows:

    a. Orders will be transmitted by the custody/fiduciary area through an internal system, which will identify the transaction to the BNY FX Transaction Desk (the "Brussels Desk in the case of income items, corporate actions and tax events, the Brussels Desk or the "NY Desk" for purchases or sales) as an "ERISA transaction" (or to this effect). The range of rates at which the Brussels Desk will transact income item conversions, corporate actions and tax events (which transactions will usually occur on the business day prior to the payment date for the income items) and either Desk will transact purchase/sale transactions (which transactions will usually occur on the business day received by the Desk) will be posted on BNY's website at gm.bankofny.com. Rates will be posted at 9:00 a.m., 11:00 a.m. and 3:00 p.m. New York time. A buy and sell rate establishing the range will be posted for each unrestricted currency.

    b. All income item conversions, corporate actions and tax events will be presented by the relevant custody/fiduciary area to the Brussels Desk by 5:00 p.m. Brussels time (11:00 a.m. New York time) and will be executed at or within the range of buy/sell rates in effect at 11:00 a.m. New York time and posted on the website. (For short periods during the year, there may be changes to the timing above as the result of daylight savings time changeover mismatches.)

    c. Orders relating to purchases and sales will be executed by the Brussels Desk or the NY Desk, as selected by the relevant custody/fiduciary area. If the order is received by the relevant Desk at least one-half hour prior to a 9:00am, 11:00am or 4:00pm fixing times, it will be executed at or within the range established by such buy/sell rates next in effect.

   d. Rates will not be published for restricted currencies, which do not freely trade. Instead, such currencies will simply be listed in the website, and transactions in such currencies will be executed according to market practice.

3. In all cases actual rates for FX Transactions will be tested by the daily run flagging Transactions with rates more than 3% over or under the WM Fixing Rate for each applicable fixing time (9:00am, 11:00am and 3:00pm). Transactions so flagged will be investigated and any action deemed necessary will be taken to assure compliance with these Policies and Procedures.

4. With respect to FX Transactions provided under standing instructions, a confirmation, ticket, or advice of receipt (written or in electronic form) will be issued to the independent Plan fiduciary within five business days of the date the FX Transaction was executed, and will contain the same information as that for directed transactions.

THIS PAGE INTENTIONALLY LEFT BLANK

# THE BANK OF NEW YORK

## FOREIGN EXCHANGE POLICIES AND PROCEDURES
## FOR ERISA PLANS

These Policies and Procedures apply to foreign exchange ("FX") transactions between The Bank of New York or any of its affiliates ("BNY") and any employee benefit plan (a "Plan") covered by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), where BNY acts as a trustee, custodian, or fiduciary for the Plan, or other party-in-interest under ERISA ("FX Transactions").

These Policies and Procedures are issued pursuant to U.S. Department of Labor Prohibited Transaction Class Exemptions 94-20 and Section 408(b)(18), which provide for exemptions certain directed FX Transactions and certain FX Transactions in respect of the purchase, holding or sale of securities or other investment assets, respectively.

Subject to the Legal Department's approval of the use of any other exemption from ERISA's prohibited transaction rules, these Policies and Procedures are the exclusive means by which BNY may enter into an FX Transaction with a Plan.

These Policies and Procedures apply to:

1. <u>Directed Transactions</u>. An FX Transaction will be considered a directed transaction where an independent Plan fiduciary that has not been appointed by BNY directs BNY to effect an FX Transaction relating to the exchange of a specific amount of currency of one nation for the currency of another nation at a specific exchange rate in connection with a transaction involving the assets of a Plan. For avoidance of doubt, directed transactions will, in addition to transactions executed through such traditional means as the telephone, include any such FX Transaction initiated and executed by a Plan fiduciary through an electronic service provided by BNY if it otherwise meets the criteria for directed FX Transactions.

2. <u>FX Transactions in connection with the Purchase, Holding or Sale of Securities or Other Investment Assets</u>. An FX Transaction (including an FX Transaction pursuant to standing instructions or a directed FX Transaction) may be effected in connection with the purchase, holding (which includes income items, corporate actions and tax events), or sale of securities or other investment assets, subject to the specific conditions provided below.

The procedures applicable to FX Transactions with a Plan are as follows:

### General Provisions

1. Directed FX Transactions must be authorized by an independent Plan fiduciary not appointed by BNY on a transaction by transaction basis.

2. BNY may not engage in FX Transactions in any instance when BNY has discretionary investment authority or control with respect to the investment of Plan assets, or when it renders investment advice with respect to Plan assets.

3. A list of all Plans for which BNY may provide FX services shall be available to all FX traders.

4. The terms of FX Transactions with any Plan shall not be less favorable to the Plan than terms offered by BNY to unrelated parties in a comparable arm's length FX Transaction.

5. Records sufficient to track compliance with these Policies will be maintained within the jurisdiction of the United States government for a period of at least six years from the date of the transactions and will be available for examination, on reasonable notice, to:

    a. Plan fiduciaries with authority over the assets involved in the FX Transaction, or any authorized employee or representative of the Plan;

    b. Authorized representatives of employers contributing to the Plan involved in the FX Transaction; and

    c. Authorized representatives of the Department of Labor or the Internal Revenue Service. Records to be kept shall include information provided in confirmations.

(Standing instructions will be maintained for so long as the account is active.)

**Directed Transactions**

Directed Transaction Confirmations

BNY shall issue a written confirmation for every directed FX Transaction with a Plan to the independent Plan fiduciary that directed the transaction within five business days of contract execution. Each such confirmation shall contain the following information:

a. account name;
b. transaction date;
c. settlement date;
d. exchange rate(s);
e. currencies exchanged, including:

   (i) identity of currency sold
   (ii) amount sold (or, in the case of income conversions, amount of currency received);
   (iii) identity of currency purchased
   (iv) amount of currency purchased

**Transactions in connection with the Purchase, Holding, or Sale of Securities or Other Investment Assets (including Transactions pursuant to Standing Instructions)**

When required by an independent Plan fiduciary, BNY provides FX transaction to benefit Plans and Plan participants (including pursuant to standing instructions) in connection with the purchase, holding, or sale of securities or other investment assets (including income item conversions, corporate actions, tax events and purchases and sales).

Additional requirements for standing instructions are as follows:

1. All standing instructions to transact such transactions must be in writing from an independent Plan fiduciary and must identify the currencies from which FX Transactions may be executed (which shall include only currencies for assets which BNY acts as custodian, including through a subcustodian). Such written instructions shall continue in force until terminated by either BNY or the fiduciary without penalty upon up to 10 days prior notice.

2. The method for determining the rates at which FX Transactions will be executed under standing instructions will be provided to Plan fiduciaries as follows:

    a. Orders will be transmitted by the custody/fiduciary area through an internal system, which will identify the transaction to the BNY FX Transaction Desk (the "Brussels Desk in the case of income items, corporate actions and tax events, the Brussels Desk or the "NY Desk" for purchases or sales) as an "ERISA transaction" (or to this effect). The range of rates at which the Brussels Desk will transact income item conversions, corporate actions and tax events (which transactions will usually occur on the business day prior to the payment date for the income items) and either Desk will transact purchase/sale transactions (which transactions will usually occur on the business day received by the Desk) will be posted on BNY's website at gm.bankofny.com. Rates will be posted at 9:00 a.m., 11:00 a.m. and 3:00 p.m. New York time. A buy and sell rate establishing the range will be posted for each unrestricted currency.

    b. All income item conversions, corporate actions and tax events will be presented by the relevant custody/fiduciary area to the Brussels Desk by 5:00 p.m. Brussels time (11:00 a.m. New York time) and will be executed at or within the range of buy/sell rates in effect at 11:00 a.m. New York time and posted on the website. (For short periods during the year, there may be changes to the timing above as the result of daylight savings time changeover mismatches.)

    c. Orders relating to purchases and sales will be executed by the Brussels Desk or the NY Desk, as selected by the relevant custody/fiduciary area. If the order is received by the relevant Desk at least one-half hour prior to a 9:00am, 11:00am or 4:00pm fixing times, it will be executed at or within the range established by such buy/sell rates next in effect.

    d. Rates will not be published for restricted currencies, which do not freely trade. Instead, such currencies will simply be listed in the website, and transactions in such currencies will be executed according to market practice.

3. In all cases actual rates for FX Transactions will be tested by the daily run flagging Transactions with rates more than 3% over or under the applicable WM/Reuters Intra-Day Spot Rate[1] for each applicable fixing time (9:00am, 11:00am and 3:00pm). Transactions so flagged will be investigated and any action deemed necessary will be taken to assure compliance with these Policies and Procedures.

4. With respect to FX Transactions provided under standing instructions, a confirmation, ticket, or advice of receipt (written or in electronic form) will be issued to the independent Plan fiduciary within five business days of the date the FX Transaction was executed, and will contain the same information as that for directed transactions.

---

[1] The WM/Reuters Intra-Day Spot Rates provided by The WM Company plc in conjunction with Reuters. The WM Company plc shall not be liable for any errors in or delays in providing or making available the data contained within this service or for any actions taken in reliance on the same, except to the extent that the same is directly caused by its or its employees' negligence.

FOREIGN EXCHANGE POLICIES AND PROCEDURES FOR ERISA PLANS; REV. 4/27/07

CONFIDENTIAL TREATMENT REQUESTED

THIS PAGE INTENTIONALLY LEFT BLANK

# THE BANK OF NEW YORK

## FOREIGN EXCHANGE POLICIES AND PROCEDURES
## FOR ERISA PLANS

These Policies and Procedures apply to foreign exchange ("FX") transactions between The Bank of New York or any of its affiliates ("BNY") and any employee benefit plan (a "Plan") covered by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), where BNY acts as a trustee, custodian, or fiduciary for the Plan, or other party-in-interest under ERISA ("FX Transactions").

These Policies and Procedures are issued pursuant to U.S. Department of Labor Prohibited Transaction Class Exemption 94-20 and Section 408(b)(18), which provide for exemptions certain directed FX Transactions and certain FX Transactions in respect of the purchase, holding or sale of securities or other investment assets, respectively.

Subject to the Legal Department's approval of the use of any other exemption from ERISA's prohibited transaction rules, these Policies and Procedures are the exclusive means by which BNY may enter into an FX Transaction with a Plan.

These Policies and Procedures apply to:

1. <u>Directed Transactions</u>. An FX Transaction will be considered a directed transaction where an independent Plan fiduciary that has not been appointed by BNY directs BNY to effect an FX Transaction relating to the exchange of a specific amount of currency of one nation for the currency of another nation at a specific exchange rate in connection with a transaction involving the assets of a Plan. For avoidance of doubt, directed transactions will, in addition to transactions executed through such traditional means as the telephone, include any such FX Transaction initiated and executed by a Plan fiduciary through an electronic service provided by BNY if it otherwise meets the criteria for directed FX Transactions.

2. <u>FX Transactions in connection with the Purchase, Holding or Sale of Securities or Other Investment Assets</u>. An FX Transaction (including an FX Transaction pursuant to standing instructions or a directed FX Transaction) may be effected in connection with the purchase, holding (which includes income items, corporate actions and tax events), or sale of securities or other investment assets, subject to the specific conditions provided below.

The procedures applicable to FX Transactions with a Plan are as follows:

**General Provisions**

1. BNY may not engage in FX Transactions in any instance when BNY has discretionary investment authority or control with respect to the investment of Plan assets, or when it renders investment advice with respect to Plan assets.

2. A list of all Plans for which BNY may provide FX services shall be available to all FX traders.

3. The terms of FX Transactions with any Plan shall not be less favorable to the Plan than terms offered by BNY to unrelated parties in a comparable arm's length FX Transaction.

4. Records sufficient to track compliance with these Policies will be maintained within the jurisdiction of the United States government for a period of at least six years from the date of the transactions and will be available for examination, on reasonable notice, to:

   a. Plan fiduciaries with authority over the assets involved in the FX Transaction, or any authorized employee or representative of the Plan;

   b. Authorized representatives of employers contributing to the Plan involved in the FX Transaction; and

   c. Authorized representatives of the Department of Labor or the Internal Revenue Service. Records to be kept shall include information provided in confirmations.

(Standing instructions will be maintained for so long as the account is active.)

**Directed Transactions**

Directed FX Transactions must be authorized by an independent Plan fiduciary not appointed by BNY on a transaction by transaction basis.

Directed Transaction Confirmations

BNY shall issue a written confirmation for every directed FX Transaction with a Plan to the independent Plan fiduciary that directed the transaction within five business days of contract execution. Each such confirmation shall contain the following information:

a. account name;
b. transaction date;
c. settlement date;
d. exchange rate(s);
e. currencies exchanged, including:

   (i) identity of currency sold
   (ii) amount sold (or, in the case of income conversions, amount of currency received);
   (iii) identity of currency purchased
   (iv) amount of currency purchased

---

CONFIDENTIAL TREATMENT REQUESTED

BNYM-NYAG-0131044

**Transactions in connection with the Purchase, Holding, or Sale of Securities or Other Investment Assets (including Transactions pursuant to Standing Instructions)**

When required by an independent Plan fiduciary, BNY provides FX transactions to benefit Plans and Plan participants (including pursuant to standing instructions) in connection with the purchase, holding, or sale of securities or other investment assets (including income item conversions, corporate actions, tax events and purchases and sales).

Additional requirements for standing instructions are as follows:

1. All standing instructions to transact such transactions must be in writing from an independent Plan fiduciary and must identify the currencies from which FX Transactions may be executed (which shall include only currencies for assets which BNY acts as custodian, including through a subcustodian). Such written instructions shall continue in force until terminated by either BNY or the fiduciary without penalty upon up to 10 days prior notice.

2. The method for determining the rates at which FX Transactions will be executed under standing instructions will be provided to Plan fiduciaries as follows:

    a. Orders will be transmitted by the custody/fiduciary area through an internal system, which will identify the transaction to the BNY FX Transaction Desk (the "Brussels Desk in the case of income items, corporate actions and tax events, the Brussels Desk or the "NY Desk" for purchases or sales) as an "ERISA transaction" (or to this effect). The range of rates at which the Brussels Desk will transact income item conversions, corporate actions and tax events (which transactions will usually occur on the business day prior to the payment date for the income items) and either Desk will transact purchase/sale transactions (which transactions will usually occur on the business day received by the Desk) will be posted on BNY's website at gm.bankofny.com. Rates will be posted at 9:00 a.m., 11:00 a.m. and 3:00 p.m. New York time. A buy and sell rate establishing the range will be posted for each unrestricted currency.

    b. All income item conversions, corporate actions and tax events will be presented by the relevant custody/fiduciary area to the Brussels Desk by 5:00 p.m. Brussels time (11:00 a.m. New York time) and will be executed at or within the range of buy/sell rates in effect at 11:00 a.m. New York time and posted on the website. (For short periods during the year, there may be changes to the timing above as the result of daylight savings time changeover mismatches.)

    c. Orders relating to purchases and sales will be executed by the Brussels Desk or the NY Desk, as selected by the relevant custody/fiduciary area. If the order is received by the relevant Desk at least one-half hour prior to a 9:00 a.m., 11:00 a.m. or 3:00 p.m. fixing time, it will be executed at or within the range established by such buy/sell rates next in effect.

---

FOREIGN EXCHANGE POLICIES AND PROCEDURES FOR ERISA PLANS; REV. 8/24/07

**CONFIDENTIAL TREATMENT REQUESTED**                                                        **BNYM-NYAG-0131045**

    d. Rates will not be published for restricted currencies, which do not freely trade. Instead, such currencies will simply be listed in the website, and transactions in such currencies will be executed according to market practice.

3. In all cases actual rates for FX Transactions will be tested by the daily run flagging Transactions with rates more than 3% over or under the applicable WM/Reuters Intra-Day Spot Rate[1] for each applicable fixing time (9:00 a.m., 11:00 a.m. and 3:00 p.m.). Transactions so flagged will be investigated and any action deemed necessary will be taken to assure compliance with these Policies and Procedures.

4. With respect to FX Transactions provided under standing instructions, a confirmation, ticket, or advice of receipt (written or in electronic form) will be issued to the independent Plan fiduciary within five business days of the date the FX Transaction was executed, and will contain the same information as that for directed transactions.

---

[1] The WM/Reuters Intra-Day Spot Rates provided by The WM Company plc in conjunction with Reuters. The WM Company plc shall not be liable for any errors in or delays in providing or making available the data contained within this service or for any actions taken in reliance on the same, except to the extent that the same is directly caused by its or its employees' negligence.

FOREIGN EXCHANGE POLICIES AND PROCEDURES FOR ERISA PLANS; REV. 8/24/07

CONFIDENTIAL TREATMENT REQUESTED

BNYM-NYAG-0131046