1  Michael P. Lehmann (State Bar No. 77152)     Richard M. Heimann (State Bar No. 063607)
   Christopher L. Lebsock (State Bar No. 184546)  Lexi J. Hazam (State Bar No. 224457)
2  HAUSFELD LLP                                  Robert L. Lieff (State Bar No. 037568) (Of
   44 Montgomery Street, 34th Floor              Counsel)
3  San Francisco, CA 94104                       LIEFF, CABRASER, HEIMANN &
   Telephone: (415) 633-1908                     BERNSTEIN, LLP
4  Facsimile:  (415) 358-4980                    Embarcadero Center West
                                                 275 Battery Street, 29th Floor
5                                                San Francisco, CA  94111-3339
                                                 Telephone:  (415) 956-1000
6                                                Facsimile:  (415) 956-1008

7  *Attorneys for Plaintiff and the Proposed Class*

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 INTERNATIONAL UNION OF                  Case No. 11-CV-3620 WHA
   OPERATING ENGINEERS LOCAL 39
12 STATIONARY ENGINEERS,                   **STIPULATION AND [PROPOSED]
   individually and on behalf of all others  ORDER EXTENDING DEADLINES TO
13 similarly situated,                      RESPOND TO DEFENDANTS' MOTION
                                            TO DISMISS**
14                  Plaintiff,

15          v.

16 THE BANK OF NEW YORK MELLON
   CORPORATION, THE BANK OF NEW
17 YORK MELLON, THE BANK OF NEW
   YORK COMPANY, INC., THE BANK
18 OF NEW YORK, and THE BANK OF
   NEW YORK MELLON TRUST
19 COMPANY, NATIONAL
   ASSOCIATION,
20
                    Defendants.
21

22         WHEREAS, Plaintiff filed a Class Action Complaint against Defendants on July 22, 2011

23 (Dkt. No. 1);

24         WHEREAS, on August 29, 2011, the parties stipulated pursuant to N.D. Cal. L. Rule 6.1

25 to extend the time for the Defendants to answer or otherwise respond to the Complaint until

26 October 7, 2011 (Dkt. No. 11);

27         WHEREAS, Defendants moved to dismiss the Complaint on October 7, 2011 (Dkt. No.

28 29);

1    WHEREAS, Plaintiffs wish to have a similar additional amount of time to respond to the

2    motion to dismiss as Defendants had in preparing it, given the issues raised in that motion, and

3    WHEREAS, the motion was noticed for a hearing on November 17, 2011, the same day

4    on which the Clerk of the Court noticed an Initial Case Management Conference in this case (Dkt.

5    No. 14);

6    IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, that the parties to the

7    above-referenced action agree and respectfully request that this Court order that the schedule

8    related to the October 7, 2011, Motion to Dismiss the Class Action Complaint (Dkt. No. 28), filed

9    by Defendants The Bank of New York, The Bank of New York Company, Inc., The Bank of New

10   York Mellon, The Bank of New York Mellon Corporation, The Bank of New York Mellon Trust

11   Company National Association be amended as follows:

12    • Responses due by November 4, 2011.

13    • Replies due by November 22, 2011.

14    • Motion Hearing requested for December 15, 2011 at 08:00 AM in Courtroom 8, 19th

15      Floor, San Francisco before Hon. William Alsup, or at such other time ordered by the

16      Court.

17   Dated: October 17, 2011        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

18

19                                 By:   /s/ Charles E. Davidow

20                                      Charles E. Davidow
21                                      Attorneys for All Defendants

22   Dated:  October 17, 2011       HAUSFELD LLP

23

24                                 By:   /s/ Michael P. Lehmann

25                                      Michael P. Lehmann
26                                      Attorneys for Plaintiff

27   **Attestation:** The filer of this document attests that the concurrence of the other signatory
     thereto has been obtained.
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated:   October 18, 2011.          _____
                                         William Alsup
4                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS