Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-633-1908
Facsimile: 415-358-4980
Email: clebsock@hausfeldllp.com

William Butterfield
(*pro hac vice* application pending)
Ralph J. Bunche
(*pro hac vice* application pending)
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
Email: wbutterfield@hausfeldllp.com
Email: rbunche@hausfeldllp.com

Attorneys for Plaintiff and the Proposed Class

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON CORP., et al.,<br><br>Defendants. | Case No. 11-CV-3620 WHA<br><br>**APPLICATION FOR ADMISSION OF RALPH J. BUNCHE *PRO HAC VICE*** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 11-3, Ralph J. Bunche, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiff, individually and on behalf of all others similarly situated in the above-entitled action. |

Pursuant to Civil Local Rule 11-3, Ralph J. Bunche, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiff, individually and on behalf of all others similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of this attorney is:

Christopher L. Lebsock
HAUSFELD, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Phone: 415-633-1908

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2011

HAUSFELD LLP

By: _Ralph J. Bunche_
William Butterfield (*pro hac vice* application pending)
Ralph J. Bunche (*pro hac vice* application pending)
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201