Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415-633-1908
Facsimile: 415-358-4980
Email: clebsock@hausfeldllp.com

William Butterfield
(*pro hac vice* application pending)
Ralph J. Bunche
(*pro hac vice* application pending)
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201
Email: wbutterfield@hausfeldllp.com
Email: rbunche@hausfeldllp.com

*Attorneys for Plaintiff and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON CORP., et al.,<br><br>Defendants. | Case No. 11-CV-3620 WHA<br><br>**APPLICATION FOR ADMISSION OF WILLIAM BUTTERFIELD *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, William Butterfield, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiff, individually and on behalf of all others similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of this attorney is:

Christopher L. Lebsock
HAUSFELD, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Phone: 415-633-1908

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2011

HAUSFELD LLP

By: /s/ William Butterfield

William Butterfield (*pro hac vice* application pending)
Ralph J. Bunche (*pro hac vice* application pending)
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Facsimile: 202-540-7201