UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 15, 2011      Total Hearing Time: 1 hour 35 minutes

Case No.  C11-03620 WHA

Title: INT'L UNION OF OPERATING ENGINEERS v. BANK OF NEW YORK MELLON CORP

Plaintiff Attorney(s): Richard Heimann; Christopher Lebsock; Wm Butterfield; Frank Schirripa

Defense Attorney(s): Charles Davidow; Robyn Tarnorky; David Balabanian

Deputy Clerk: Dawn Toland        Court Reporter: Sahar Bartlett

**PROCEEDINGS**

1)   Motion  - Taken Under Submission

2)   CMC -HELD

Disclosures Deadline: 12/31/11

Last Day to Add/Amend: 3/30/12

Last Day to File Motion for Class Certification: 4/12/12

Discovery Cutoff: 12/31/12

Last Day to File Dispositive Motion: 2/7/13


Continued to ___ for Further Case Management Conference

Continued to  3/18/13 at 2:00 pm   for Pretrial Conference

Continued to  3/25/13 at 7:30 am   for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Corley for mediation/settlement conference.  Defendant can file a supplemental brief in response to the plaintiffs documents by 5:00 pm on 12/19/11.