IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELON, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,

    Defendants.

No. C 11-03620 WHA

**ORDER TO ELECT**

If plaintiff would prefer to file an amended complaint by January 5, 2012, and thereby incorporate new theories and drop any discarded theories, then the Court will allow it (subject to a fresh motion to dismiss) but, failing that, the Court will rule based on the actual pleading, disregarding any of the oral argument on the handout not actually pled. In a filing, plaintiff's counsel shall please elect one way or the other by **5 P.M. ON WEDNESDAY, DECEMBER 21, 2011**.

Be mindful that the Court is very overworked these days (due to a series of MS-13 criminal prosecutions) and would prefer to address a pleading that represents plaintiff's best shot.

**IT IS SO ORDERED.**

Dated: December 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE