IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELON, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,

    Defendants.

No. C 11-03620 WHA

**ORDER REGARDING EXPEDITED BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT**

In response to the Court's order to elect, plaintiff has elected to file an amended complaint. The amended complaint is due by **JANUARY 5**. Defendants shall file a joint motion to dismiss. The briefing schedule for the motion will be as follows. The motion will be due by **JANUARY 19**. The opposition will be due by **FEBRUARY 2**, and the reply will be due by **FEBRUARY 9**. All submissions shall be made by **NOON** on the day on which the brief is due. If needed, a hearing, will be held at **8:00 A.M. ON FEBRUARY 23**.

**IT IS SO ORDERED.**

Dated: December 21, 2011.

                                                    WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE