IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELON, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,<br><br>Defendants. | No. C 11-03620 WHA<br><br>**ORDER REQUIRING MEET AND CONFER** |

Defendants have submitted a letter requesting that their proposed protective order be entered in this action. The letter indicates that plaintiff opposes entry of defendants' proposed protective order. Counsel for all parties are ordered to **MEET AND CONFER** and submit a joint letter by **NOON ON DECEMBER 30, 2011**, indicating whether an agreement has been reached regarding a proposed protective order. If an agreement has been reached, the parties shall append a copy of the proposed stipulated protective order to the letter. Failing an agreement, the

stipulated protective order for standard litigation, which has been approved by the Northern District of California, will be entered.

**IT IS SO ORDERED.**

Dated: December 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE