| | |
|---|---|
| Richard M. Heimann (State Bar No. 063607)<br>Lexi J. Hazam (State Bar No. 224457)<br>Robert L. Lieff (State Bar No. 037568) (Of Counsel)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 | Michael P. Lehmann (State Bar No. 77152)<br>Christopher L. Lebsock (State Bar No. 184546)<br>HAUSFELD LLP<br>44 Montgomery Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br>Facsimile:   (415) 358-4980 |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND,<br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, and THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,<br><br>Defendants. | Civil Action No.  3:11-cv-03620-WHA<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Christopher L. Lebsock, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of HAUSFELD LLP, and my office is located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104.

On January 5, 2012, I served a copy of the following document(s):

**AMENDED CLASS ACTION COMPLAINT**

on the interested parties in the subject action by placing a true copy thereof as indicated below and addressed as follows:

[ X ]   **BY ECF**: with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Christopher L. Lebsock*_____
Christopher L. Lebsock

CERTIFICATE OF SERVICE         -1-         CASE NO. 11-cv-03620-WHA