**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL UNION OF
OPERATING ENGINEERS, STATIONARY
ENGINEERS LOCAL 39 PENSION TRUST
FUND,

Plaintiff(s),

v.

THE BANK OF NEW YORK MELLON
CORPORATION, ET AL,

Defendant(s).
_____/

Case No.  11-03620 WHA (JCS)

**DISCOVERY ORDER GRANTING IN
PART AND DENYING IN PART JOINT
DISCOVERY LETTER [Docket No. 86]**

On February 17, 2012, a telephonic discovery hearing was held on the Joint Discovery Letter filed on February 3, 2012.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT:

1.  The discovery period is the class period.

2.  Defendant shall produce data sought by request #12 pursuant to paragraph 9 of the Protective Order for all putative class members in non-anonymized form by **March 14, 2012**, and also as confidential information under the Protective Order.

3.  Defendant shall produce the Government documents as indicated on the record by **February 24, 2012**, along with a privilege log.

4.  Defendant's Motion to Compel is DENIED as over-broad, without prejudice to propounding a narrower request.

Dated:  February 27, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge